UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY ALLEN WINTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGEANT JOSEPH VANICEK and UNION GAP POLICE CHIEF,<br><br>    Defendants. | 1:15-cv-03123-SAB<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    By Order filed September 2, 2015, the Court instructed Mr. Winters to file a new application to proceed *in forma pauperis*. Plaintiff had initiated this action pursuant to 42 U.S.C. § 1983, and indicated on the complaint form that he had been released from incarceration. ECF No. 1. The transmittal envelope indicated a residential address in Yakima, Washington. ECF No. 1-2. He sought leave to proceed *in forma pauperis*.

    Under the Prison Litigation Reform Act, there is no mechanism for collecting the filing fee in partial payments as mandated by the statute once a prisoner has been released from incarceration. 28 U.S.C. § 1915(b)(2). Therefore, Plaintiff was told to file a new *in forma pauperis* application within thirty (30) days. A copy of the Order was mailed to Plaintiff, but returned on September 16,

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE --** 1

1  2015, as undeliverable.  Plaintiff has not kept the court informed of his current
2  address and has filed nothing further in this action.
3          On September 30, 2015, Attorney Kirk A. Ehlis, entered a notice of
4  appearance on behalf of the named Defendants.  The Court did not direct a
5  response to the complaint under 42 U.S.C. § 1997e(g)(1), and no answer has been
6  filed.  Indeed, this action has not yet commenced as the filing fee was not paid as
7  required by 28 U.S.C. § 1914, and an appropriate application to proceed *in forma*
8  *pauperis* by a non-prisoner has not been filed.
9          Therefore, **IT IS ORDERED** the Complaint is **DISMISSED without**
10 **prejudice** for want of prosecution.
11         **IT IS SO ORDERED.**  The District Court Executive is directed to enter
12 this Order, forward a copy to Plaintiff at his last known address, and close the file.
13 Defendants' counsel shall receive notice electronically in the ordinary course of
14 business.
15         **DATED** this 5th day of October 2015.



                              Stanley A. Bastian
                              United States District Judge

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2**